| | |
|---|---|
| 1 | Tara Clark Newberry, Esq. |
| | NV Bar No. 10696 |
| 2 | Clark Newberry Law Firm |
| 3 | 7854 W. Sahara Avenue |
| | Las Vegas, NV 89117 |
| 4 | Telephone: (702) 608-4232 |
| 5 | Facsimile: (702) 946-1830 |
| | tnewberry@cnlawlv.com |
| 6 | |
| 7 | Danny J. Horen |
| | NV Bar No. 13153 |
| 8 | Spartan Law, LLC |
| 9 | 7854 W. Sahara Avenue |
| | Las Vegas, NV 89117 |
| 10 | Telephone: 702.625.1539 |
| 11 | Facsimile: 702.548.4459 |
| | danny@spartanlaw.us |

*Attorneys for Plaintiff*
Beverly Campbell

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BEVERLY CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC. and WELLS FARGO HOME MORTGAGE,**<br><br>Defendants. | Case No.: 2:16-cv-03001-RFB-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) or alternatively Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties hereby stipulate to Plaintiff Beverly Campbell's dismissal of the claims against Defendant **Experian Information Solutions, Inc. only**, in the above-captioned matter, with prejudice. Each party will bear its own costs, disbursements, and attorney fees.

Date: August 3, 2017

RESPECTFULLY SUBMITTED,                     (WITH PERMISSION)

By: /s/ Danny J. Horen_____                 By: /s/ Jennifer Braster_____
    DANNY J. HOREN                              JENNIFER BRASTER, ESQ.
    ATTORNEY FOR PLAINTIFF                      ATTORNEY FOR EXPERIAN


IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: August 9, 2017.

# PROOF OF SERVICE

Pursuant to LR 5-1, I hereby certify that on the 3rd day of August 2017, service of the foregoing ***STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.*** was served via ECF and E-mail to Defense counsel, addressed as follows:

| Counsel of Record | Email/Fax | Party |
|---|---|---|
| Jennifer Braster, Esq.<br><br>Maupin – Naylor – Braster<br>1050 Indigo Drive,<br>Ste. 200<br>Las Vegas, NV 89145 | jbraster@naylorandbrasterlaw.com<br><br>F: 702.420.7001 | Defendant (Experian)<br><br>Local Counsel |
| Andrew Cummings, Esq.<br><br>Jones Day<br>3161 Michelson Dr., Ste. 800<br>Irvine, CA 92612 | acummings@jonesday.com<br><br>F: 949.553.7539 | Defendant (Experian) |
| Karl Riley, Esq.<br><br>Snell & Wilmer LLP<br>3883 Howard Hughes Pkwy,<br>Ste. 1100<br>Las Vegas, NV 89169 | kriley@swlaw.com<br><br>F: 702.784.5252 | Defendant (WFHM) |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

BY: /S/ DANNY J. HOREN
DANNY HOREN

**PROOF OF SERVICE**